IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 3:21-cr-713-1 |
| | ) | |
| vs. | ) | |
| | ) | |
| **CHARLES JENKINS** | ) | |

## MOTION TO DISMISS INDICTMENT

Comes now the United States of America by and through its undersigned counsel, and respectfully moves this Court for leave to dismiss the Indictment in the above-entitled case against the Defendant, **CHARLES JENKINS**, without prejudice; and in support of this motion, avers as follows:

On April 9, 2021, an information was filed against the Defendant, **CHARLES JENKINS**, charging him with conspiracy to commit Medicare fraud, in violation of Title 18, United States Code, Section 371.

The reason for dismissal is that the Defendant, **CHARLES JENKINS**, made a satisfactory adjustment to diversion supervision by generally complying with all the conditions set forth in the Pretrial Diversion Agreement. Further investigation and review of the evidence reveals that the interest of justice would best be served by a dismissal as opposed to further prosecution.

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

BY:    *s/Amy Bower*
Amy Bower (#11784)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29401

July 12, 2023